ADELBERT BATEHOLTS, Respondent, v. GEORGE CUMMINGS, Appellant.— Judgment and order unanimously affirmed, with costs. Present — VAN KIRK, P. J., HINMAN, DAVIS, WHITMYER and HILL, JJ.

LORA A. INGRAHAM, as Executrix, etc., of J. WESLEY INGRAHAM, Deceased, Respondent, v. JAMES N. DUNNE, Appellant.— Judgment and order unanimously affirmed, with costs. Present — VAN KIRK, P. J., HINMAN, DAVIS, WHITMYER and HILL, JJ.

ABRAHAM KUNST, Respondent, v. ROBERT ORTALE, Appellant.— Judgment and order unanimously affirmed, with costs.

MARY E. GETZ, Respondent, v. ALBANY ROYAL THEATRE CORPORATION, Appellant. HARRY L. GETZ, Respondent, v. ALBANY ROYAL THEATRE CORPORATION, Appellant.— Judgments and orders unanimously affirmed, with one bill of costs.

EDWARD F. BOWEN, as Administrator, etc., of MARION E. BOWEN, Deceased, Respondent, v. PUTNAM KNITTING COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN YOUZWIAK, Appellant.— Judgment of conviction unanimously affirmed.

SIDNEY NATIONAL BANK, Respondent, v. J. MILLER POTTER, Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs.

In the Matter of the Claim of AGNES C. STACK, Respondent, against WATSON ELEVATOR CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of CHRIST LAMBRECHT, Respondent, against THE BROOKLYN-MANHATTAN TRANSIT CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of FRANK RAYMOND, Respondent, against ELTE HOTEL CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Mrs. JOHN T. FISH, Respondent, against WICKWIRE SPENCER STEEL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of DORA BURAK, Appellant, against STATE INSURANCE FUND, Insurance Carrier, and CITY HALL GARAGE, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed.

In the Matter of the Claim of R. L. CROSSNO, Respondent, against GENERAL ELECTRIC COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. WHITMYER, J., not sitting.